# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMMONS, individually and on behalf of all others similarly situated ) | CIVIL ACTION NO. 3:15-CV-00317 (SRU) |
| ) | |
| v. ) | |
| ) | |
| CHARTER COMMUNICATIONS, INC., ) a Connecticut Corporation ) | APRIL 24, 2015 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant, Charter Communications, Inc.

        DEFENDANT
        **CHARTER COMMUNICATIONS, INC.**

By /s/ *David E. Rosengren*
    David E. Rosengren
    Fed. Bar No. ct05629
    McElroy, Deutsch, Mulvaney
    & Carpenter, LLP
    One State Street - 14th Floor
    Hartford, CT 06103-3102
    Tel. No. (860) 522-5175
    Fax No. (860) 522-2796
    drosengren@mdmc-law.com

## CERTIFICATE OF SERVICE

I certify that on April 24, 2015, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's CM/ECF system.

    /s/ *David E. Rosengren*
    David E. Rosengren

1

DER/C1341/1002/1290997v1
04/24/15-HRT/DFR