IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMMONS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 3:15-cv-317-SRU |

**MOTION FOR ADMISSION *PRO HAC VICE* OF BENJAMIN H. RICHMAN**

Pursuant to D. Conn. L. Civ. R. 83.1(d)(1), the undersigned counsel, Jonathan M. Shapiro, a member of the Bar of this Court, respectfully moves the Court for the admission of Attorney Benjamin H. Richman and Attorney J. Dominick Larry, both of the law firm Edelson PC, to appear as visiting lawyers to represent the plaintiff, Michael Simmons, in this action. In support of this motion, the undersigned states as follows:

1.  Mr. Richman is a partner with the law firm Edelson PC, with an office address listed at 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654. Mr. Larry is an associate with the law firm Edelson PC, with an office address listed at 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654.

2.  Mr. Richman is a member in good standing of the Bar of the State of Illinois. In addition, he is admitted to practice in the United States Courts of Appeals for the Ninth Circuit, and the United States District Courts for the Northern District of Illinois. He is a member in good standing in all of the above-mentioned courts.

3. Mr. Larry is a member in good standing of the Bar of the State of Illinois. In addition, he is admitted to practice in the United States Courts of Appeals for the Seventh and Ninth Circuits, and the United States District Courts for the Eastern District of Michigan and the Northern District of Illinois. He is a member in good standing in all of the above-mentioned courts.

4. Neither Mr. Richman nor Mr. Larry have ever been denied admission or disciplined by this Court or any other court.

5. Mr. Richman and Mr. Larry have fully reviewed and are familiar with the Local Rules of the United States District Court for the District of Connecticut.

6. The undersigned, Jonathan M. Shapiro, is a member of Shapiro Law Offices, LLC, a member in good standing of the Bar of the State of Connecticut, and a member in good standing of the Bar of this Court. Shapiro Law Offices, LLC has been retained to represent Plaintiff in the above-captioned matter. Attorney Shapiro hereby consents to his designation as local counsel in Connecticut. Attorney Shapiro agrees to be immediately and readily available to this Court and opposing counsel/parties for communications regarding the conduct of this case and for service of pleadings and papers upon them.

7. This motion is accompanied by affidavits, duly sworn and executed, by Mr. Richman and Mr. David in accordance with D. Conn. Civ. R. 83.1(d)(1) are attached as Exhibits A and B. Certificates of Good Standing for Mr. Richman and Mr. David are also attached.

8. Payment to the Clerk of the fee in the amount of $75 for the admission of Attorney Richman as a visiting lawyer, as required by Local Rule 83.1(d)(2), accompanies this motion.

3

WHEREFORE, the undersigned respectfully requests that Attorney Benjamin H. Richman be admitted to appear as a visiting lawyer to represent Plaintiff in this action.

Respectfully submitted,

Dated: May 5, 2015            By: /s/ Jonathan M. Shapiro
                                   Jonathan M. Shapiro (ct24075)
                                   Shapiro Law Offices, LLC
                                   104 Court Street
                                   Middletown, Connecticut  06457
                                   Telephone: (860) 347-3325
                                   Facsimile:  (860) 347-3974
                                   E-mail:  jshapiro@shapirolawofficesct.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Jonathan M. Shapiro
                                           Jonathan M. Shapiro