# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMMONS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 3:15-cv-317-SRU |

## DECLARATION OF BENJAMIN H. RICHMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Benjamin H. Richman, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Michael Simmons pursuant to LCR 83.1. Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an adult over the age of 18 and a citizen of the State of Illinois.

2. I am a partner with the law firm Edelson PC, which has been retained to represent Plaintiff Michael Simmons in this matter. I am fully competent to make this Declaration, have personal knowledge of all matters set forth herein unless otherwise indicated, and could and would testify truthfully to such matters if called as a witness in this action.

3. My business address is 350 North LaSalle, Suite 1300, Chicago, Illinois 60654. The phone number is 312-589-6377 and the fax number is 312-589-6378. My email is brichman@edelson.com.

4. I am a member in good standing of the bars of the State of Illinois, the Ninth Circuit Court of Appeals, and the United States District Courts for the Northern District of Illinois.

5. My Illinois Bar Association identification number is 6300668.

6. There are no disciplinary proceedings pending against me in the State of Illinois or any other jurisdiction.

7. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before the United States District Court for the District of Connecticut or any other court.

8. I attest that I have read, know, and understand the Federal Rules of Civil Procedure, the Local Rules of Court for the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. My sponsoring attorney, Jonathan M. Shapiro, will be my agent for service of process. The District of Connecticut will be the forum for the resolution of any dispute rising from my admission.

10. I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Benjamin H. Richman

Dated: May 5, 2015