IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMMONS, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 3:15-cv-00317-SRU |
| Plaintiff, | : | |
| v. | : : | |
| CHARTER COMMUNICATIONS, INC., | : : | |
| Defendant. | : | JUNE 5, 2015 |

## DEFENDANT'S PARTIAL MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Charter Communications, Inc. ("Charter") moves for dismissal of Count II of Plaintiff's Telephone Consumer Protection Act Complaint because Plaintiff has failed to sufficiently plead that claim. Charter requests that the Court grant its Motion and dismiss Count II of the Complaint.

**ORAL ARGUMENT REQUESTED**

Dated:  June 5, 2015                                          Respectfully submitted,

                By:  */s/ Rory M. Farrell*
                   David E. Rosengren (ct05629)
                   Rory M. Farrell (ct29655)
                   McELROY, DEUTSCH, MULVANEY
                   & CARPENTER, LLP
                   One State Street, 14th Floor
                   Hartford, CT  06103
                   Telephone: (860) 241-2693
                   Facsimile: (860) 522-2796
                   drosengren@mdmc-law.com
                   rfarrell@mdmc-law.com

                   Jeffrey S. Powell (phv07106)
                   Ragan N. Naresh (phv07105)
                   Kathleen A. Brogan (phv07107)
                   KIRKLAND & ELLIS LLP
                   655 Fifteenth Street, N.W.
                   Washington, D.C.  20005
                   Telephone: (202) 879-5000
                   Facsimile: (202) 879-5200
                   jpowell@kirkland.com
                   ragan.naresh@kirkland.com
                   kathleen.brogan@kirkland.com

                   *Attorneys for Defendant*
                   *Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on June 5, 2015, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the court's CM/ECF system.

                          */s/ Rory M. Farrell*
                          Rory M. Farrell