IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMMONS, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff*,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC., a Connecticut corporation,<br><br>  *Defendant*. | Case No. 3:15-cv-00317-SRU<br><br>Judge Stefan R. Underhill |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Michael Simmons ("Plaintiff" or "Simmons"), by and through his undersigned counsel, hereby respectfully moves the Court for an Order certifying this case as a class action pursuant to Federal Rules of Civil Procedure 23(a), (b)(2), and (b)(3) for the reasons set forth in the accompanying memorandum. Simmons requests that the Court enter and continue the instant motion until after the completion of discovery on class-wide issues, at which time Plaintiff will submit a fulsome memorandum of points and authorities in support of class certification.

Respectfully submitted,

**MICHAEL SIMMONS**, individually and on behalf of all others similarly situated,

Dated: June 23, 2015

By: s/ J. Dominick Larry
  One of Plaintiff's Attorneys

Benjamin H. Richman (phv07173)
brichman@edelson.com
J. Dominick Larry (phv07148)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

**NO ORAL ARGUMENT REQUESTED**

Tel: 312.589.6370
Fax: 312.589.6378

Jonathan M. Shapiro (ct24075)
jshapiro@shapirolawofficesct.com
SHAPIRO LAW OFFICES, LLC
104 Court Street
Middletown, Connecticut 06457
Tel: 860.347.3325
Fax: 860.347.3874

*Counsel for Plaintiff and the Putative Class*

**NO ORAL ARGUMENT REQUESTED**

**CERTIFICATE OF SERVICE**

      I certify that on June 23, 2015, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's CM/ECF system.

                                            s/ J. Dominick Larry

**NO ORAL ARGUMENT REQUESTED**