UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMMONS,<br>        Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br>        Defendant. | No. 3:15cv317 (SRU) |

### CONFERENCE MEMORANDUM AND ORDER

On June 30, 2015, I held a telephone conference on the record with counsel for the plaintiff, Michael Simmons, and the defendant, Charter Communications. The purpose of the call was to address the issues raised in the parties' Rule 26(f) Report and set a schedule.

After discussion with the parties, I concluded that the expedited, focused discovery on both counts as proposed by the defendant is appropriate under the circumstances. I adopted the defendant's proposed deadlines, with two modifications agreed to by the parties. First, the parties shall exchange initial disclosures under Fed. R. Civ. P. 26(a)(1) by July 9 instead of July 2. Second, the dispositive motions deadline will be moved from December 18, 2015 to October 16, 2015 if no expert discovery is taken. Otherwise, the defendant's proposed deadlines are adopted in full.

It is so ordered.

Dated at Bridgeport, Connecticut, this 1st day of July 2015.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge