IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMMONS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., a Connecticut corporation,<br><br>*Defendant*. | Case No. 3:15-cv-00317-SRU |

**STIPULATION OF PARTIAL DISMISSAL**

Plaintiff Michael Simmons and Defendant Charter Communications, Inc. ("Charter") (collectively, "the Parties"), hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal *with prejudice* of the first cause of action asserted in Plaintiff's First Amended Class Action Complaint and Demand for Jury Trial, (dkt. 23). In support of the instant stipulation, the Parties state as follows:

1.  On March 3, 2015, Plaintiff filed his putative class action complaint against Defendant, alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") based upon (i) Defendant's making of calls to his cellular telephone using an automatic telephone dialing system ("ATDS") without first obtaining his consent, and (ii) the fact that Defendant made the telemarketing calls to his cellular telephone, despite his number being on the National Do Not Call Registry, in violation of subsection (c) of the TCPA and its implementing regulations. (Dkt. 1.)

2.  On July 1, 2015, the Court entered an expedited discovery schedule that limited discovery to two issues: (i) whether Defendant's calls were made using an ATDS, and (ii)

1

whether Defendant had policies and procedures in place to ensure compliance with the TCPA's do-not-call regulations.

3.  The Parties worked diligently and completed fact discovery on those two issues. In addition to exchanging initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), the Parties have exchanged written discovery requests, responses, and document productions; Plaintiff has taken the Rule 30(b)(6) deposition of Defendant's representatives; Defendant has deposed Plaintiff; Plaintiff has received document productions from two third-party service providers; and Plaintiff deposed the corporate representative of the third party that actually placed the calls at issue to Plaintiff.

4.  Following the conclusion of discovery, the Parties conferred and agreed to stipulate to the dismissal of Plaintiff's First Cause of Action (i.e., his claim that calls were made to Plaintiff's cellular telephone using an ATDS in violation of 47 U.S.C. § 227 (b)(1)(A)(iii)), *with prejudice*.

5.  The Parties have further conferred and agreed that each shall bear their own attorneys' fees and expenses related in any way to Plaintiff's First Cause of Action.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

a.  Plaintiff's First Cause of Action shall be dismissed *with prejudice*;

b.  The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to Plaintiff's First Cause of Action.

                                                  Respectfully submitted,

                                                  **MICHAEL SIMMONS**, individually and on behalf of all others similarly situated,

Dated: November 6, 2015          By: s/ J. Dominick Larry
                                                      One of Plaintiff's Attorneys

                                                  Benjamin H. Richman (phv07173)
                                                  brichman@edelson.com
                                                  J. Dominick Larry (phv07148)
                                                  nlarry@edelson.com
                                                  EDELSON PC
                                                  350 North LaSalle Street, Suite 1300
                                                  Chicago, Illinois 60654
                                                  Tel: 312.589.6370
                                                  Fax: 312.589.6378

                                                  Jonathan M. Shapiro (ct24075)
                                                  jshapiro@shapirolawofficesct.com
                                                  SHAPIRO LAW OFFICES, LLC
                                                  104 Court Street
                                                  Middletown, Connecticut 06457
                                                  Tel: 860.347.3325
                                                  Fax: 860.347.3874
                                                  *Counsel for Plaintiff and the Putative Class*


                                                  **CHARTER COMMUNICATIONS, INC.**

Dated: November 6, 2015          By: s/ Ragan Naresh
                                                      One of Defendant's Attorneys

                                                  Jeffrey S. Powell
                                                  jeff.powell@kirland.com
                                                  Ragan Naresh
                                                  ragan.naresh@kirkland.com
                                                  Kathleen A. Brogan
                                                  kathleen.brogan@kirkland.com
                                                  KIRKLAND & ELLIS LLP
                                                  650 15th Street NW, Suite 1200
                                                  Washington, DC 20005
                                                  Tel: 202.879.5000
                                                  Fax: 202.879.5200

       David E. Rosengren
       drosengren@mdmc-law.com
       Rory M. Farrell
       rfarrell@mdmc-law.com
       MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
       One State Street, 14th Floor
       Hartford CT 06103
       Tel: 860.241.2693
       Fax: 860.522.2796

*Counsel for Defendant Charter Communications, Inc.*

## SIGNATURE ATTESTATION

**I HEREBY CERTIFY** that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (s/) within this e-filed document.

s/ J. Dominick Larry

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 6, 2015, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

s/ J. Dominick Larry