IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMMONS, | : | CIVIL ACTION NO. 3:15-cv-00317-SRU |
| individually and on behalf of all others | : | |
| similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| CHARTER COMMUNICATIONS, INC., | : | |
| | : | |
| Defendant. | : | NOVEMBER 20, 2015 |

**DEFENDANT'S MOTION TO SEAL UNREDACTED VERSIONS OF
ITS MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT,
ITS LOCAL RULE 56(A)1 STATEMENT OF UNDISPUTED MATERIAL FACTS,
AND RELATED EXHIBITS**

Pursuant to Local Rule 5(e), Defendant Charter Communications, Inc. ("Charter") moves this Court for an order sealing the unredacted versions of its Memorandum in Support of Its Motion for Summary Judgment, its Local Rule 56(a)1 Statement of Undisputed Material Facts, and Exhibits B and D-P filed contemporaneously herewith. In support of its motion, Charter states as follows:

1. At the start of this case in March 2015, the Court entered its Standing Protective Order in this case. *See* ECF No. 4.

2. Among other things, the Standing Protective Order provides that the producing parties may mark documents that contain information comprising trade secrets, proprietary business information, or other private information as "CONFIDENTIAL." *Id.* ¶¶ 2-3.

3. Over the course of several months of factual discovery, Plaintiff Simmons, Defendant Charter, and third parties Empereon Marketing and PossibleNOW have produced several dozen pages of documents that contain proprietary business information and other private consumer information and have been marked "CONFIDENTIAL" accordingly.

4. The deposition transcripts of Plaintiff Simmons and third-party Empereon also discuss proprietary business information and have been marked "CONFIDENTIAL" accordingly.

5. Charter's Memorandum in Support of Its Motion for Summary Judgment and its Local Rule 56(a)1 Statement of Undisputed Material Facts refer extensively to materials all parties have properly designated as "CONFIDENTIAL."

6. Some of the information designated "CONFIDENTIAL" relates to personal consumer or employee information which the public interest favors keeping protected.

7. Charter has gone to great lengths to safeguard and protect the confidentiality of personal consumer and employee information contained in its records and reflected in this filing. Disclosure of this confidential information to the public would harm Charter's customers.

8. Other information designated "CONFIDENTIAL" contains highly confidential and proprietary information regarding Defendant Charter's and third-parties' Empereon and PossibleNOW's operations, business model, and contractual relationships. This information is not generally known to the public. Disclosure would permit these companies' competitors to obtain and capitalize on this information.

9. No party has objected to any "CONFIDENTIAL" designation.

10. Filing these materials under seal is the least restrictive means of protecting this information, as there is no alternative means to protect against the disclosure of this confidential information. Charter is filing redacted, publicly-available versions of these materials as well.

11. An unredacted copy of the documents containing protected information, as identified above, will be filed with the Clerk under seal pursuant to Local Rule 5(e)4.

12. A copy of this motion with the proposed unredacted copy of the Defendant's Memorandum in Support of Its Motion For Summary Judgment, Its Local Rule 56(A)1 Statement of Undisputed Material Facts, and Related Exhibits containing the confidential information will be sent via first class US mail and electronic mail to counsel of record for the plaintiff on this date, and a courtesy copy of the same will be sent via Federal Express to the Honorable Stefan R. Underhill.

Dated:  November 20, 2015                             Respectfully submitted,

                                                      By:  */s/ Rory M. Farrell*
                                                           David E. Rosengren (ct05629)
                                                           Rory M. Farrell (ct29655)
                                                           McELROY, DEUTSCH, MULVANEY
                                                           & CARPENTER, LLP
                                                           One State Street, 14th Floor
                                                           Hartford, CT  06103
                                                           Telephone: (860) 241-2693
                                                           Facsimile: (860) 522-2796
                                                           drosengren@mdmc-law.com
                                                           rfarrell@mdmc-law.com

                                                           Jeffrey S. Powell (phv07106)
                                                           Ragan N. Naresh (phv07105)
                                                           Kathleen A. Brogan (phv07107)
                                                           KIRKLAND & ELLIS LLP
                                                           655 Fifteenth Street, N.W.
                                                           Washington, D.C.  20005
                                                           Telephone: (202) 879-5000
                                                           Facsimile: (202) 879-5200
                                                           jpowell@kirkland.com
                                                           ragan.naresh@kirkland.com
                                                           kathleen.brogan@kirkland.com

                                                           *Attorneys for Defendant*
                                                           *Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2015, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Rory M. Farrell*
Rory M. Farrell