## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SIMMONS,<br>individually and on behalf of all others<br>similarly situated, | :<br>:<br>:<br>: | CIVIL ACTION NO. 3:15-cv-00317-SRU |
| Plaintiff, | : | |
| v. | :<br>: | |
| CHARTER COMMUNICATIONS, INC., | :<br>: | |
| Defendant. | : | NOVEMBER 20, 2015 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Charter Communications, Inc. ("Charter") moves for summary judgment on Plaintiff's sole remaining claim that Charter violated the Do-Not-Call ("DNC") provisions of the Telephone Consumer Protection Act ("TCPA"). Summary judgment is proper because Charter's multi-prong policy for complying with the DNC provisions brings Charter within the TCPA's statutory "safe harbor."

Accordingly, Charter respectfully requests that this Court enter an order (i) granting the Motion; and (ii) entering judgment in Charter's favor.

**ORAL ARGUMENT REQUESTED**

Dated:  November 20, 2015          Respectfully submitted,

By: */s/ Rory M. Farrell*
David E. Rosengren (ct05629)
Rory M. Farrell (ct29655)
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
One State Street, 14th Floor
Hartford, CT  06103
Telephone: (860) 241-2693
Facsimile: (860) 522-2796
drosengren@mdmc-law.com
rfarrell@mdmc-law.com

Jeffrey S. Powell (phv07106)
Ragan N. Naresh (phv07105)
Kathleen A. Brogan (phv07107)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jpowell@kirkland.com
ragan.naresh@kirkland.com
kathleen.brogan@kirkland.com

*Attorneys for Defendant*
*Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2015, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the court's CM/ECF system.

*/s/ Rory M. Farrell*
Rory M. Farrell