IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMMONS, individually and on behalf of all others similarly situated, | : CIVIL ACTION NO. 3:15-cv-00317-SRU : : : |
| Plaintiff, | : |
| v. | : : |
| CHARTER COMMUNICATIONS, INC., | : : |
| Defendant. | : NOVEMBER 20, 2015 |

**DEFENDANT'S NOTICE OF FILING EXHIBITS TO ITS LOCAL RULE 56(A)1 STATEMENT OF UNDISPUTED MATERIAL FACTS**

Charter Communications, Inc. ("Charter") gives notice of filing the following exhibits to its Local Rule 56(a)1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment:

Ex. A:  Excerpts from the 30(b)(6) deposition of Charter (Kenneth Link) taken on September 17, 2015

Ex. B:  Document produced by Charter, bearing Bates number CHTR_00002 [filed under seal]

Ex. C:  Excerpts from the 30(b)(6) deposition of Charter (Amy Shaar-Wildman) taken on September 17, 2015

Ex. D:  Excerpts from the 30(b)(6) deposition of Empereon (Bryan McRoberts) taken on October 20, 2015 [filed under seal]

Ex. E:  Document produced by Charter, bearing Bates number CHTR_00018 [filed under seal]

Ex. F:  Document produced by Charter, bearing Bates numbers CHTR_00019 – CHTR_00028 [filed under seal]

Ex. G:  Document produced by Charter, bearing Bates numbers CHTR_00029 – CHTR_00033 [filed under seal]

Ex. H:  Document produced by Charter, bearing Bates numbers CHTR_00036 – CHTR_00044 [filed under seal]

Ex. I:  Document produced by Charter, bearing Bates numbers CHTR_00045 – CHTR_00046 [filed under seal]

Ex. J:  Document produced by Charter, bearing Bates numbers CHTR_00047 – CHTR_00056 [filed under seal]

Ex. K:  Document produced by Non-Party PossibleNOW, bearing Bates number PossibleNOW_Charter 0036 [filed under seal]

Ex. L:  Document produced by Charter, bearing Bates numbers CHTR_00003 – CHTR_00012 [filed under seal]

Ex. M: Document produced by Non-Party Empereon, bearing Bates numbers Simmons Empereon 0001 – Simmons Empereon 0059 [filed under seal]

Ex. N:  Document produced by Charter, bearing Bates number CHTR_00017 [filed under seal]

Ex. O:  Document produced by Charter bearing Bates numbers CHTR_00013 – CHTR_00016 [filed under seal]

Ex. P:  Excerpts from the deposition of Michael Simmons taken on August 27, 2015 [filed under seal]


Dated:  November 20, 2015                        Respectfully submitted,


                                                 By:  */s/ Rory M. Farrell*
                                                      David E. Rosengren (ct05629)
                                                      Rory M. Farrell (ct29655)
                                                      McELROY, DEUTSCH, MULVANEY
                                                      & CARPENTER, LLP
                                                      One State Street, 14th Floor
                                                      Hartford, CT  06103
                                                      Telephone: (860) 241-2693
                                                      Facsimile: (860) 522-2796
                                                      drosengren@mdmc-law.com
                                                      rfarrell@mdmc-law.com

Jeffrey S. Powell (phv07106)
Ragan N. Naresh (phv07105)
Kathleen A. Brogan (phv07107)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jpowell@kirkland.com
ragan.naresh@kirkland.com
kathleen.brogan@kirkland.com

*Attorneys for Defendant
Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2015, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Rory M. Farrell*
Rory M. Farrell