# EXHIBIT A

Page 1

1

2   IN THE UNITED STATES DISTRICT COURT

3   FOR THE DISTRICT OF CONNECTICUT

4   Case No. 3:15-cv-00317-SRU

5   --------------------------------------x

6   MICHAEL SIMMONS, individually and on

7   behalf of all others similarly situated,

8                     Plaintiff,

9        - against -

10  CHARTER COMMUNICATIONS, INC., a

11  Connecticut Corporation,

12                    Defendant.

13  --------------------------------------x

14                  September 17, 2015

                    12:29 p.m.

15

16  Deposition of 30(b)(6) witness KENNETH

17  LINK, taken by the Plaintiff, pursuant to

18  Notice, held at the offices of Kirkland &

19  Ellis, LLP, 601 Lexington Avenue, New

20  York, New York, before Tammy O'Berg, a

21  Shorthand Reporter and Notary Public of

22  the State of New York.

23

24

25

```
 1              KENNETH LINK
 2   we always know where the phone number came
 3   from, if in fact we got it from an
 4   external source.
 5       Q.    So it was just a matter of
 6   searching within the database for the
 7   number, pulling up the record for it and
 8   the source would be listed there?
 9       A.    Yes.
10       Q.    You mentioned that Charter has
11   different providers for these types of
12   services.
13             Other than Relevate and the
14   reason you said -- or I think one of the
15   reasons is they all have different
16   sources.
17             Do you know what Relevate's
18   sources are?  Where do they get this type
19   of information?
20       A.    I do not know that.
21       Q.    Do you know, specific to the
22   5165 number, where they got that?
23       A.    No, sir.
24       Q.    So can you describe for me the
25   process by which Charter actually got the
```

```
 1              KENNETH LINK
 2   number from Relevate in terms of placing
 3   some sort of request for -- I'm assuming
 4   they're given a geographic area?  Is that
 5   how that works?
 6              MR. NARESH:  Are we talking
 7        about generally or specific to this
 8        phone number?
 9              MR. LARRY:  Generally, how the
10        process applicable to this phone
11        number would work.  I don't need --
12        I'm looking for a high-level
13        description of how it worked with
14        regard to this phone number, if that
15        makes sense.
16              MR. NARESH:  Why don't you just
17        explain how you got the phone number.
18        Q.    What that process actually was.
19        A.    Our outbound telemarketing
20   campaigns run on a monthly basis.  So we
21   are pulling our lists on a monthly basis.
22              One of the very first steps in
23   that process to is to look at our database
24   to see if there are addresses, people in
25   our footprint, for whom we do not have a
```

```
 1                    KENNETH LINK
 2   working phone number.
 3              Each month we take all of
 4   those -- you know, either just the address
 5   or name and address, depending what we
 6   already have, and we send them to each of
 7   the vendors to find out if they can in
 8   fact find the number for us since we do
 9   not have a current working number in our
10   database.
11       Q.    And so you would have made that
12   sort of request or -- Charter would have
13   made that request or order, from Relevate
14   here, and they would have returned back
15   what was the 5165 number associated with
16   some address within Charter's footprint?
17       A.    In this case.
18       Q.    Do you know what the address
19   was?
20       A.    I don't think -- I don't know if
21   I ever knew it.  I'm not aware of what the
22   address was.
23       Q.    Is that something that Charter
24   would have still in its possession?
25              Is that information that's given
```

Page 22

1                      KENNETH LINK

2    to Charter?

3        A.    It's information -- yes, the

4    address was in our database that --

5    because that was an address of an existing

6    subscriber.  So that address that we sent

7    out for a phone number is in our

8    marketing -- in the CSG database that you

9    heard earlier, and because they're in the

10   CSG database, they're also in my marketing

11   database.

12       Q.    When you say "existing

13   subscriber," can you explain that?

14       A.    I mean this particular name and

15   address for whom we did not have a working

16   number was a subscriber to Charter, but

17   the phone number that we had on record was

18   not working.

19       Q.    So when you say "was a

20   subscriber to Charter," do you mean at the

21   time that the request was made from

22   Relevate, or that the request was sent to

23   Relevate for that phone number?

24       A.    That is my recollection; they

25   were a customer at the time the request

1           KENNETH LINK

2    was sent to Relevate.

3        Q.    I'm just trying to distinguish

4    between what was effectively a current

5    subscriber versus a person who had at some

6    point been a subscriber.

7        A.    It's my person -- this address

8    was for an existing current customer.  You

9    know, I just -- if I could just collect my

10   thoughts here because I want to make sure

11   I'm saying that accurately.

12           I know, at the minimum, that

13   they were a previous customer.  I cannot

14   say with a hundred percent certainty that

15   it was explained to me that they also were

16   a customer at the time that the -- of

17   the -- the phone number was requested.

18           I am certain that they had a

19   previous existing -- a previous

20   relationship with Charter.  I'm just not

21   aware right now if that had continued at

22   the time of the append request.

23       Q.    When you're describing this

24   appending process and you're identifying

25   possible past customers, I would say, is

Page 24

1                    KENNETH LINK
2    that based on --
3              MR. LARRY:  Scratch that.
4        Q.    When categorizing these people,
5    is that dependent on what I would call a
6    match with the subscriber records of both
7    address and name?
8              MR. NARESH:  Objection to form.
9              I think that you built in there
10       whether these people -- that it only
11       applies to past customers.
12             MR. LARRY:  Let me start that
13       over.
14       Q.    We can stay specific to the
15    5165, actually.
16       A.    Okay.
17       Q.    That individual -- the name and
18    address in Charter's records that needed a
19    phone number associated with it, which of
20    those two criteria gave rise to Charter
21    characterizing this person as a customer,
22    either current or former?
23             So is it the name?  Is it the
24    address, or is it that name at that
25    address?

1                 KENNETH LINK
2      A.     That address was known -- we
3  work at an address level in our billing
4  system.  So that address was a known
5  address of a customer -- of a consumer
6  that I know for a -- at least minimally
7  was a Charter customer.
8              Therefore, they were in our
9  biller, and our biller updates our
10 marketing systems.
11     Q.     When you say a consumer who was
12 a customer, would that be the individual
13 person, the plaintiff here, with the 5165
14 number, or would the consumer who was a
15 customer be -- could it have been a
16 previous resident of that address?
17     A.     The person that we saw as a
18 person with at least an existing -- a
19 previous relationship with Charter, the
20 last name was also Simmons.
21     Q.     Do you know whether the first
22 name was Michael?
23     A.     No.  The name that I have was
24 Sophie.
25     Q.     Sophie or something to that

1                    KENNETH LINK

2    effect?

3         A.    Uh-huh.

4         Q.    Do you recall what state that

5    address was in?

6         A.    I don't recall.  I don't recall

7    the address, so I don't recall the state.

8         Q.    Let me see if I've got this

9    right.

10              Charter's looking at its

11    footprint to try to either sell new

12    services to existing customers or bring in

13    people who are otherwise in the footprint.

14    It sees that there's some address within

15    the footprint associated with a -- with

16    either a previous or current subscriber.

17              That previous or current

18    subscriber associated with that address

19    had the last name Simmons and something to

20    the effect of Sophie, along those lines,

21    as a first name, and then the request went

22    out to Relevate to get the phone number?

23         A.    Yes.

24         Q.    So the request goes out and what

25    does Relevate send back?

```
 1                KENNETH LINK
 2           MR. LARRY:  Scratch that.
 3      Q.    In what form is the request sent
 4   out?
 5      A.    Electronically.
 6      Q.    Is it a database file or
 7   something --
 8      A.    It's a flat file, yes.
 9      Q.    Is that uploaded to some
10   web-based exchange?
11      A.    Yes.
12      Q.    So then Relevate does whatever
13   it is Relevate does?
14      A.    Uh-huh.
15      Q.    And is it then just sent back
16   the same way to Charter?
17      A.    Correct.  Yes, sir.
18      Q.    Does that automatically update
19   within Charter's internal records?  Does
20   it automatically append the phone number
21   to that address?
22      A.    It does to the marketing
23   database.  Just to the marketing database.
24      Q.    But not to the billing database?
25      A.    Not to the bill database.
```

1              KENNETH LINK

2      Q.    Concurrent with that retrieval

3  of the file, I would say, is there any

4  sort of -- is there any validation done to

5  assess whether that number is in fact

6  associated with a consumer identified in

7  the record?

8      A.    We -- validation.

9            MR. NARESH:  Objection to

10      foundation but go ahead.

11      A.    There's -- there's no subsequent

12  inspection of the returned record from a

13  phone vendor that we know of that is

14  possible to know whether that is an

15  accurate phone number for that address

16  until such time that we actually attempt

17  that phone number.

18            So there's really no other way

19  to know.

20      Q.    When you get that information

21  back from Relevate, is there any sort of

22  confidence level or score or flag or

23  anything of that nature associated with

24  it?

25      A.    Yes, there is.  There are

1                KENNETH LINK

2  confidence intervals that vendors will

3  perform their matching on, and we specify

4  what confidence intervals we will only

5  accept.

6      Q.    Specific to Relevate, in what

7  unit or metric do they express that

8  confidence?  Is it a percentage --

9      A.    It's a numeric scale, with the

10  highest number being the most confident

11  match and the lowest number being the

12  least confident match.

13            And my senior director that

14  manages the vendors has stipulated to each

15  of the phone vendors what are the

16  confidence levels that we will only

17  entertain.

18      Q.    Do you know what that confidence

19  level is for Relevate?

20      A.    It's their top three, I believe,

21  but I shouldn't say that conclusively.  I

22  know we only ask for the top one or two, a

23  maximum of three, from any of our vendors.

24  We restrict them.

25      Q.    When you say top one or two or

1                    KENNETH LINK
2    three, are you referring to almost levels?
3         A.    Confidence --
4         Q.    Something along the lines of
5    certain, almost certain, highly likely,
6    something of that sort?
7         A.    That's a fair way to describe
8    it.
9         Q.    Do you have any idea how many
10   levels there are in total for Relevate?
11        A.    I do not.  I think -- I do not
12   know -- no, I do not know.
13        Q.    So do you know what the
14   confidence level associated with the 5165
15   number was?
16        A.    I do not know the specific
17   confidence level with that.
18        Q.    Is that something that is
19   retained on Charter's end after it gets
20   the file back?
21        A.    No, it's -- it is not retained.
22        Q.    Is that something that Relevate
23   would have held onto?
24             MR. NARESH:  Objection,
25        foundation.

1                    KENNETH LINK

2    that did not connect -- for starters, I do

3    not know what Empereon decides to put or

4    not put not their call logs.  I'm sorry, I

5    just don't know exactly what they would

6    decide to put.

7              I see that they have results

8    here on the right column (indicating).  So

9    it shows me what I call dispositions.

10   Umm, but I'm not sure what they would list

11   here -- we have a disposition -- if a

12   number is never answered, there's a

13   disposition for that.  If a number is

14   answered, there is dispositions for that.

15             And you're seeing the

16   dispositions that occurred each time this

17   number was attempted, at least what

18   Empereon is sharing, for each of those

19   attempts, and the results are -- you could

20   see on the right-hand side (indicating).

21        Q.    So the first number listed --

22   the first call there was on January 9th,

23   2015.

24        A.    Uh-huh.

25        Q.    Does that give you any

1              KENNETH LINK

2      indication about the likely range when

3      this append process went through?

4         A.     It will help me narrow down

5      because I know that if they were called on

6      January 9th, they were called on lists

7      created and put into Empereon right around

8      the 21st of December.  We would have

9      started building the list approximately a

10     month before that.

11              So this append would have to

12     have occurred prior to December 1st of

13     2014.  How long before I do not know, but

14     I can tell working backward, at least, the

15     latest it could have been.

16        Q.     Okay.

17              So getting back to what led us

18     down this path, are there any criteria

19     aside from the confidence interval that

20     Charter either imposes, demands from

21     Relevate when it's doing this number

22     association, and the relevant time period

23     would be up through December 21st, 2014?

24        A.     Our criteria -- meaning?  Can

25     you help me with an example of what you

Page 35

```
 1            KENNETH LINK
 2   might mean?
 3        Q.    Sure.
 4            So one example would be if
 5   Charter said something like, Get us
 6   numbers associated with these but not
 7   cellphone numbers.  Or, Get us numbers
 8   associated with these, but check them
 9   against this list before that.  Things of
10   that nature.
11        A.    I know we don't give them any
12   other data to check it against.  I'm not
13   sure of any specific instructions in the
14   Relevate contract which was executed by my
15   senior director who manages our vendors
16   for our organization -- so I'm not aware
17   of any specific guidelines.
18            I'm not saying they don't exist,
19   but I don't have that particular statement
20   at work -- we have many vendors in our
21   organization and many statements of work,
22   and I don't recall the --
23        Q.    Are you aware of any scrubbing
24   or similar process that Relevate does
25   prior to sending numbers back to Charter?
```

1           KENNETH LINK

2      A.    I'm not aware of any scrubbing

3  process that they do whatsoever.

4      Q.    So at some point prior to mid

5  December of 2014, Relevate sent the 5165

6  number back to Charter.  It was then

7  associated with some address and somebody

8  with the last name Simmons, identified as

9  a current or former subscriber.

10           Do you know what service that

11  person was indicated as having subscribed

12  to?

13      A.    Don't recall.

14      Q.    Is that something that Charter

15  would be able to figure out now?

16      A.    Yes, they would.

17      Q.    How would they do that?

18      A.    Looking in the billing system.

19      Q.    Would that be with the other

20  information, such as showing the source of

21  the phone number?

22      A.    No, the source of the phone

23  number is in the marketing database.

24  Activity with Charter, as far as services,

25  what they have, is in the billing system

Page 37

1                    KENNETH LINK
2    and fed to the marketing database.
3    There's some data that's only in the
4    marketing database, but the billing system
5    updates us on a nightly basis.
6        Q.    So once that phone number is in
7    the system associated with the Simmons
8    address or some address identified as the
9    Simmons address, what was the process --
10            MR. LARRY:  Scratch that.
11        Q.    How did that number come to be
12    called by Charter?
13        A.    The number was, as all of our
14    phone numbers are, are regularly sent to
15    PossibleNOW for scrubbing in the very
16    beginning of our lift-generation process;
17    PossibleNOW returned back the status of
18    that number being on a federal do-not-call
19    list but also the status that customer had
20    an existing business relationship with
21    Charter.
22            So that designation, in the
23    absence of them on Charter's private
24    do-not-call, which they were not, allows
25    us to dial that phone number.

1            KENNETH LINK

2      Q.    So the 5165 number came back as

3  okay to call?

4      A.    Uh-huh.

5      Q.    From PossibleNOW?

6      A.    Uh-huh.

7      Q.    Because PossibleNOW's rules --

8  the rules that are used to flag or

9  designate numbers that belong -- that are

10  on the federal do-not-call list but have

11  an existing business relationship and

12  don't have an internal do-not-call

13  designation as okay to call?

14      A.    Very good.  Exactly.

15      Q.    Now, just looking at how those

16  parts relate to each other, if that number

17  had been on the internal do-not-call list,

18  would it have been called?

19      A.    No, sir.

20      Q.    So there's the federal

21  do-not-call registry, there are a few

22  other databases that Charter or that

23  PossibleNOW would scrub against.

24            Excluding federal do-not-call

25  and excluding Charter internal

```
 1             KENNETH LINK
 2   do-not-call, are you aware of any that
 3   would override or supersede the existing
 4   business relationship?
 5       A.    Existing business relationship
 6   rules are -- can vary and do vary by
 7   state.  So when an EBR relationship is
 8   identified, it's identified within the
 9   context of the laws of the state where the
10   address exists.
11       Q.    So are you saying there are
12   certain states where, if that number was
13   identified as being in that state, the
14   existing business relationship factor
15   would not have trumped the fact that it
16   was on the federal do-not-call list?
17            MR. NARESH:  Objection to the
18       extent it calls for a legal
19       conclusion.
20            You're asking --
21       Q.    I'm asking about PossibleNOW's
22   rules or system.  I'm not asking about,
23   necessarily, the legal import of those.
24            Just in terms of the way the
25   system prioritizes, are there states
```

```
 1              KENNETH LINK
 2  where, as you understand it, federal
 3  do-not-call would trump existing business
 4  relationships?
 5      A.    I know there's -- the only thing
 6  I'm positive of it varying by state are
 7  how long an existing business relationship
 8  can last for.  Is it up to four months
 9  after or up to 18 months, and different
10  states have different rules.
11              I am only aware specifically of
12  differences amongst states relative to
13  what makes an EBR.  I'm not aware of any
14  state that says EBR is not allowed.
15              That's why we use PossibleNOW as
16  our purveyor of that, since they are also
17  the FCC's vendor for the federal
18  do-not-call list, so we trust that they
19  have the best, most up-to-date knowledge
20  of every state, because they do support
21  the FCC, as well.
22      Q.    Do you know whether the 5165
23  number appeared on any other do-not-call
24  lists, according to PossibleNOW, other
25  than the federal list?
```

1               KENNETH LINK

2      A.    I'm not aware.  I can only say

3   that the fact that they came back with an

4   EBR status tells us that it was eligible

5   to be called under the EBR rules of the

6   state in which the customer existed.

7      Q.    So as far as the determination

8   for a state in which a customer is listed

9   is made, how is that determined?

10     A.    Based on the name and address of

11   the record itself.

12     Q.    So it's not based on the area

13   codes of the phone number?

14     A.    No, it's based on an address.

15     Q.    Are you aware of any check done

16   to cross-reference telephone area codes

17   with state in which the address is?

18     A.    No, sir.

19     Q.    Do you know how PossibleNOW

20   determined that there was an existing

21   business relationship in this case?

22     A.    Yes.  They have -- our

23   customer -- when the record was passed to

24   them for a phone append -- and we pass

25   them not only records for our phone

1                   KENNETH LINK

2    append, we pass information about the

3    customer, including if we had them as a

4    customer.  If they are a customer, if they

5    were in fact a customer, when did that

6    relationship end.

7              In other words, we pass them

8    information on that address that we know

9    they need to have to be able to execute

10   the logic to allow them to execute the

11   state laws.

12       Q.    So one thing -- maybe I misheard

13   or I misunderstood something earlier --

14   you mentioned sending them a phone append.

15   Who's "them" there?

16       A.    Well, we send the phone appends

17   request to Relevate.  Then we send our

18   list which has the phone number -- this is

19   the list that we're saying, Here is the

20   starting point for who we may be able to

21   call this month.  That is sent to

22   PossibleNOW.  This is sent, including

23   customer information, as well as the phone

24   numbers.

25              The phone numbers are needed to

Page 43

1           KENNETH LINK
2   check do-not-call files, and the customer
3   information is used to determine whether
4   or not EBR applies in that particular
5   case.
6       Q.    So PossibleNOW's EBR
7   determination is it based on information
8   supplied to it by Charter?
9       A.    A combination of what we say
10  about the customer and then how that
11  relates to the law of the state in which
12  they reside.
13      Q.    So taking kind of a step back
14  from that, you mentioned that you were
15  sending -- Charter sends to PossibleNOW
16  numbers that maybe will end up being
17  called?
18      A.    Yes.
19      Q.    Can you explain to me how the
20  5165 number would have ended up on that
21  preliminary list?
22      A.    It was appended by Relevate to
23  our database and then extracted along with
24  every other record that we were going to
25  call for that month into our monthly call

```
 1              KENNETH LINK
 2   file that goes to PossibleNOW.
 3        Q.    I guess what I'm asking is, when
 4   making the determination of other numbers
 5   that will be called that month, is that
 6   based on particular criteria, or is it
 7   just starting with the point of anybody
 8   who is a possible customer within our
 9   service area who hasn't purchased the top
10   line of every service and then narrow down
11   from there?
12              Does that make sense?
13        A.    Yes.
14              We create, on a monthly basis,
15   lists that cover every customer -- current
16   customer that we would like to migrate
17   to -- upsell to and every non-customer
18   address that we have uncovered by a
19   variety of means that are non-customer --
20   also, our monthly lists are a combination
21   of existing and non-existing Charter
22   customers.  The non-existing could be
23   former customers or never customers.
24              Formers would be in the billing
25   system for a period of time.  I think an
```

```
 1              KENNETH LINK
 2   extended period of time.  Nevers mean they
 3   just exist and we have them in our biller.
 4       Q.     What is sent to PossibleNOW on a
 5   monthly basis, then, pretty much captures
 6   everybody except people who aren't left to
 7   upsell to?
 8              MR. NARESH:  Objection.
 9              Misstates the prior testimony
10       but go ahead.
11       A.     Yes -- let me think through,
12   make sure there's no other special
13   exclusions --
14       Q.     At a general level.
15       A.     A general level, you're right.
16       Q.     And then the exclusions, to the
17   extent that they exist, are applied in
18   order to prioritize who to call when;
19   those happens after the initial scrubbing
20   process that we just described with
21   PossibleNOW?
22       A.     Right.  Yes, sir.
23       Q.     How do you know that PossibleNOW
24   flagged this number as having an existing
25   business relationship?
```

```
 1              KENNETH LINK
 2  was on the federal do-not-call list?
 3      A.    Yes, sir.
 4      Q.    Just to be clear, in case we
 5  haven't totally covered it yet, you don't
 6  know what state PossibleNOW associated the
 7  5165 telephone number with, right?
 8      A.    I do know that it would have
 9  been associated with the state that was on
10  the record we passed to PossibleNOW.  I
11  just don't recall what state that was, but
12  they always will use the state on the
13  record that we pass to them where we say
14  the service address is located.
15           MR. NARESH:  Can we go off the
16      record for a one second?
17           MR. LARRY:  Yes, sure.
18           (Brief recess taken.)
19           MR. LARRY:  Can you read back
20      the last question and answer.
21           (Record read.)
22      Q.    Let's talk about Charter's own
23  internal do-not-call list.
24           Can you explain to me how that
25  is maintained on a day-to-day and
```

Page 48

1             KENNETH LINK
2    month-to-month basis?
3        A.    I think -- yes.  The Charter
4    internal do-not-call list can be updated
5    from a variety of sources, one being
6    customers calling into one of our
7    customer-care centers and requesting that
8    they be placed on our do-not-call list.  A
9    second possibility is if in fact, instead
10   of calling the -- in lieu of calling our
11   customer-care center, a customer could
12   also write a letter requesting they be put
13   on the do-not-call list.  Again, it is
14   flagged in the billing system.
15            Another possibility is when we
16   do our outbound telemarketing and we reach
17   a customer and they say, as you know in
18   the call logs here, Don't call me anymore.
19   So we learn that by speaking to customer.
20   That is captured and retained by us and
21   kept in our systems.
22            So there's multiple sources for
23   Charter's privacy list -- internal
24   do-not-call list.
25       Q.    You mentioned calling a

Page 49

1                    KENNETH LINK

2    customer-care center.  I think we talked

3    about this in the first half, but I want

4    to make sure -- when you say that, a

5    person calling a customer-care center,

6    would they speak to -- they would speak to

7    Charter rather than Empereon or one of the

8    other vendors, right?

9         A.    Yes, sir.

10        Q.    So that makes sense.

11              If they are dealing with the --

12   I forget what the term was but basically

13   the number that shows on caller ID if

14   Empereon or another vendor calls -- -- if

15   they call back on that number and it goes

16   to Empereon or another vendor and --

17   they're talking to a call-center agent

18   there, if, let's say, Empereon makes

19   do-not-call disposition --

20        A.    Yes.

21        Q.    -- that comes back to Charter,

22   right?

23        A.    That would come back to

24   Charter -- when they get that request

25   during a solicitation call, when they make

1            KENNETH LINK

2      A.     Okeydokey.

3      Q.     Have you ever seen this document

4  before today?

5      A.     I saw this document yesterday.

6      Q.     What's your understanding of

7  this document?

8      A.     My only understanding is the

9  testimony that you heard previously from

10  Amy Shaar-Wildman and how it came to be.

11  Everything she said to you.

12      Q.     So does this seem to be an

13  accurate reflection to you of the services

14  that Charter has signed up for, to use

15  their language, with PossibleNOW?

16      A.     Yes.

17      Q.     Are you aware, looking at this,

18  of any services that Charter was signed up

19  for at one point but no longer was as of

20  August 4th, 2015 that would have been

21  relevant or involved in the scrubbing

22  process that took place prior to the 5165

23  number being called?

24      A.     No.

25      Q.     Looking at the list of services

Page 62

```
 1              KENNETH LINK
 2   that Charter is signed up for here as of
 3   August 4th, are there any of these that
 4   Charter is no longer signed up for?
 5              (Witness perusing document.)
 6              MR. NARESH:  Objection to the
 7        scope.
 8              You can go ahead and answer if
 9        you want.
10        A.    No.
11        Q.    As far as you know, since August
12   4th, has Charter signed up for any new
13   PossibleNOW services that aren't listed
14   here?
15        A.    No.
16        Q.    So we'll just run through this
17   and try to get a better feel for how all
18   these work together.
19              Now, one thing Miss
20   Shaar-Wildman mentioned was that Charter
21   is signed up for all these, but she isn't
22   sure whether Charter uses them all, and
23   that's paraphrasing.  She couldn't say
24   whether they're all used each time or not.
25              Does Charter regularly use each
```

Page 63

```
 1                KENNETH LINK
 2   of these services that it's signed up for
 3   with PossibleNOW?
 4       A.    Yes.
 5       Q.    As far as you know, are there
 6   any limitations on when those are used --
 7   when those services are used?
 8       A.    Limitations?
 9       Q.    Yes.
10             So are each of these services
11   used each time Charter wants a scrub
12   performed, or are there some that are only
13   used at certain times?
14       A.    The same services are used on a
15   regular monthly basis, those being the DNC
16   call, EBR, and then, in addition, the
17   wireless identification.
18       Q.    So let's run through each.
19             How were you saying it -- are
20   you saying DNC call?
21       A.    DNC call --
22             MR. NARESH:  I think it's one of
23       those marketing names that backfired.
24       Q.    What do you call it?  I want to
25   use the right term.
```

1                    KENNETH LINK

2        A.      We call it -- they're the vendor

3    that we use to scrub our telemarketing

4    list for do-not-call.

5        Q.      We can just call this one

6    do-not-call.  How about that?

7        A.      That would be great.

8        Q.      So looking at -- do-not-call is

9    the solution, EBR is an add-on to

10   do-not-call; is that correct?

11       A.      As it's stated here, EBR

12   solution is an added on service.

13       Q.      That's something, I assume,

14   Charter probably has to pay extra to use

15   that service?

16       A.      I'm not aware how the billing

17   comes across.  My senior director pays the

18   PossibleNOW bills.  I know what services

19   we use.

20       Q.      So looking at do-not-call, it

21   mentions all state, federal and wireless

22   do-not-call lists.

23              What are the wireless

24   do-not-call lists referred to there as

25   they are distinct from state and federal

Page 65

1                    KENNETH LINK
2   do-not-call lists?
3        A.    You know, I really am not sure.
4   I know that they are state lists, federal
5   lists.  I was not aware that there are
6   specific wireless do-not-call lists, and
7   that really gets to why we use PossibleNOW
8   because they are the definitive source to
9   know what we should and should not be
10  doing.
11            We use them because they're the
12  FCC's vendor, so it protects us.
13       Q.    So you said the do-not-call
14  solution is regularly used by Charter?
15       A.    Yes.
16       Q.    And that was the case at the
17  time -- the relevant time for establishing
18  the campaigns in which Mr. Simmons was
19  called?
20       A.    Yes.
21       Q.    So the EBR solution, that's the
22  add-on, that was -- is that what we were
23  talking about earlier where PossibleNOW
24  gets the customer information from Charter
25  that allows it to determine whether the

Page 66

1                     KENNETH LINK
2     person fits the criteria for an
3     existing-business-relationship
4     designation?
5          A.     Yes.
6          Q.     So it says here, Allows Charter
7     to create and modify EBR policies to be
8     used in certain EBR campaigns.
9                 Now, does that mean that Charter
10    has input on what would qualify somebody
11    to be designated as an existing business
12    relationship?
13         A.     No, it does not.
14         Q.     What does it is mean then?
15         A.     I have no idea exactly what she
16    means here with that wording.
17         Q.     Do you know whether Charter
18    would be able to set different rules for
19    what it considers an existing business
20    relationship?
21         A.     Would it be able to?
22                MR. NARESH:  Objection to form.
23         Q.     Do you know if Charter could say
24    to PossibleNOW, Hey, we only want to count
25    as an existing business relationship

Page 67

1              KENNETH LINK

2    somebody who's currently signed up for

3    service?

4        A.    No.

5        Q.    How do you know that Charter

6    wouldn't be able to do that?

7        A.    It's my belief -- my belief is

8    the answer is no is because PossibleNOW

9    provides indemnification to its customers

10   when we get back information, and I don't

11   see how they would indemnify us if we made

12   up our own rules, so they -- I'm not aware

13   of any way we would get them to even be

14   willing to consider changing how they

15   interpret the laws on the books for EBR.

16   That's not something that's customer --

17   there's no customer input on that.

18       Q.    Going down to the next

19   sentence -- well, actually two sentences

20   down, Notification is an added-on service,

21   that sentence.  Is notification --

22            MR. NARESH:  Do you see it?

23            THE WITNESS:  I see it.

24       Q.    -- something that you're

25   familiar with?

```
1              KENNETH LINK
2  wireless lead and put it in a list
3  designated for wireless leads.  So I can
4  infer that that's what happened.
5      Q.    Actually, that brings us back to
6  something I meant to ask about earlier.
7            What was the name of the vendor
8  that appended the phone number?
9      A.    Relevate.
10     Q.    Relevate.  Thank you.
11           Does Relevate ever identify
12  numbers as cells or land lines?
13     A.    No.
14     Q.    Do you know if that's a service
15  that's available through Relevate?
16     A.    Not aware.
17     Q.    So because Relevate doesn't,
18  you're inferring that PossibleNOW must
19  have identified it?
20     A.    Well, we know -- I know that
21  they do.  This is how we determine if
22  somebody is wireless, is through what
23  comes back to us from PossibleNOW.
24     Q.    But you don't know the specifics
25  of exactly how they determine that?
```

```
 1            KENNETH LINK
 2      A.    No, I do not.
 3      Q.    So going down to the next bit,
 4  the New Star subscription, do you
 5  understand what that does?
 6      A.    I really don't.  No.
 7      Q.    If you look up at the top, that
 8  first paragraph where it's explaining the
 9  services Charter signed up for, it
10  mentions premium services.
11            Do you see that?
12      A.    Yes.
13      Q.    Oh, never mind.
14            That's the wireless block
15  service, right?
16      A.    Yes.
17      Q.    You can set that aside for now.
18            Let's look at -- what was
19  Exhibit 4, that flow chart?
20      A.    Okay.
21      Q.    Actually, just one quick thing
22  just to make sure -- from back there.
23            When we were talking about the
24  different solutions offered by PossibleNOW
25  that Charter uses, it was through these
```

```
 1              KENNETH LINK
 2   solutions that Charter -- or that
 3   PossibleNOW, A, identified or flagged the
 4   number as being on the do-not-call
 5   registry, and B, flagged this as an
 6   existing relationship, EBR, number,
 7   correct?
 8       A.    Yes.
 9       Q.    Now, moving on to the flow
10   chart.
11             Have you seen this document
12   before today?
13       A.    No, sir.
14       Q.    But you understand generally
15   what it is?
16       A.    To the extent I listened to Miss
17   Shaar-Wildman's testimony.
18       Q.    So let's go over to the fourth
19   box down where it talks about scrubbing
20   against these tables.  The scrub that's
21   done there.
22             If you're looking at this, the
23   first five of those --
24       A.    Uh-huh.
25       Q.    -- those are maintained by
```

```
 1              KENNETH LINK
 2   PossibleNOW, right?
 3          Well, the scrub is performed by
 4   PossibleNOW, right?
 5      A.    The scrub performed by Charter
 6   is performed by PossibleNOW.  This is the
 7   vendor's flow diagram (indicating).
 8      Q.    PossibleNOW performs the scrub
 9   for Charter, though, right?
10      A.    For Charter they perform the
11   scrub.  This is a scrub occurring for
12   Empereon.
13      Q.    So this is entirely separate --
14   so what you're saying is these scrubs that
15   we just talked about using the do-not-call
16   solution and all those add-ons, would
17   those take place basically prior to step
18   one on here?
19      A.    Yes.
20      Q.    So then on top of that you have,
21   four steps later, Empereon crosschecking
22   against separate tables?  Not necessarily
23   separate but doing a separate scrub?
24      A.    They repeat the same scrubs that
25   I performed previous to their receiving
```

Page 74

1            KENNETH LINK

2  the file.

3            I'm not exactly sure what vendor

4  they use, whether they use a vendor,

5  whether they do it themselves, but you are

6  right in that these scrubs all occur --

7  the ones that we discussed -- by my

8  team -- my team scrubs all occur prior to

9  the start on this flow diagram in the

10  creation of the list that Empereon

11  receives.

12     Q.    So the file received from client

13  here, as far as Empereon is concerned,

14  that's a scrubbed file?

15     A.    This is our list that has been

16  through all the scrubbing we've discussed

17  to date -- so far.

18     Q.    When this secondary -- this

19  Empereon scrub is happening, so the client

20  internal do-not-call scrub there is

21  against Charter's do-not-call list?

22     A.    Yes.

23     Q.    So how does Empereon access

24  Charter's internal do-not-call list?

25     A.    I'm not aware.

1              KENNETH LINK

2          It would seem to me that they're

3    using PossibleNOW because they have it.

4    It is possible that we could have provided

5    it to them.  It sure look likes they're

6    using PossibleNOW.

7       Q.    In the internal do-not-call

8    list, they're referred to Empereon's own

9    internal --

10      A.    That is correct.

11      Q.    So assuming that everything

12   worked right, there wasn't any technical

13   issue, the fact that Simmons was called on

14   the 9th of January, the 15th, the 19th and

15   the 20th, it means, through the timing of

16   that last call, he was not listed as being

17   on either Charter's or Empereon's own

18   do-not-call lists, right?

19      A.    That would be correct.

20      Q.    I think you said you're not sure

21   what vendor is performing this secondary

22   scrub.

23          Do you know how often those

24   tables referred to there against which the

25   second scrub is performed are updated?

1                    KENNETH LINK
2        A.    I do not know how frequently
3    they're updated.  I don't know the source
4    they're going to for sure, so I can't know
5    how often the tables are updated.
6        Q.    As far as the Charter internal
7    do-not-call table that's referenced there,
8    do you know how often the version of it
9    accessed by Empereon is updated?
10       A.    Again, not knowing where --
11            MR. NARESH:  Can you rephrase
12       the question?  I think there's a
13       couple -- or reread it.
14            (Record read.)
15            MR. NARESH:  Objection to
16       foundation but go ahead.
17       A.    I do not know.  And -- I do not
18    know.
19       Q.    Do you know how often Empereon's
20    internal do-not-call list is updated?
21            MR. NARESH:  Same objection.
22       A.    You'd have to ask Empereon.
23       Q.    Going back to the PossibleNOW
24    scrubbing process, as it runs before this
25    information even gets to Empereon, do you

1                KENNETH LINK

2   know how often PossibleNOW updates the

3   various tables referred to in the letter

4   that's Exhibit 6?

5        A.    I don't have an exact answer.  I

6   do not know exactly -- I can say we use

7   them because they maintain the federal

8   do -- the do-not-call list for the FCC.

9   So it was our determination that they

10  would be the best place to go because

11  they're the FCC's vendor for that list.

12  So we assumed that must be the gold

13  standard.

14       Q.    What I want to do now is go to

15  Exhibit 2.

16            MR. NARESH:  The call log.

17       Q.    Have you seen this document

18  before?

19       A.    Yes.

20       Q.    You've seen it before today?

21       A.    No.

22       Q.    Do you understand from looking

23  at it what this document is?

24       A.    I understand it to be a listing

25  of phone calls made on behalf of Charter

```
 1              KENNETH LINK
 2   by Empereon to the phone number in
 3   question.
 4        Q.    That's also my understanding.
 5              So what I want to focus on is
 6   that column that's listed as Service.
 7        A.    Uh-huh.  Yes.
 8        Q.    And Miss Shaar-Wildman testified
 9   earlier that MIG, M-I-G, Internet, refers
10   to, I think it was migration or migrated?
11        A.    Right.
12        Q.    That's what the MIG was.
13              And Internet was basically
14   identifying somebody as a customer,
15   whether it's existing or previous
16   associated with Internet service, but I
17   don't think she actually got any more
18   specific than that.
19              Do you know whether that means
20   the customer was identified as a previous
21   or existing subscriber to Internet
22   services or as a previous or existing
23   subscriber to whom Internet services
24   should be sold?
25              MR. NARESH:  Objection to the
```

Page 83

1              KENNETH LINK
2              MR. LARRY:  That's all I have
3       for now.
4              MR. NARESH:  Well, I have one
5       question on redirect.  I don't know
6       how long the answer is going to be.
7  EXAMINATION BY
8  MR. NARESH:
9       Q.    Mr. Link, Mr. Larry asked you a
10  number of questions in kind of bits and
11  pieces about Charter's policies and
12  procedures regarding do-not-call
13  regulations.
14              In your own words, can you
15  explain Charter's policies and procedures
16  regarding do-not-call regulations?
17       A.    Yes, I can.  We produce our
18  calling lists on a monthly basis, and that
19  process starts by our selecting every
20  possible customer record that we can call
21  and dropping any of those that have been
22  previously identified to us through a
23  disposition of a previous call as a
24  do-not-call.
25              Every time a phone call -- as

```
 1                KENNETH LINK
 2   Amy mentioned, that call terminates, we
 3   get back a disposition.  If it says do not
 4   call, we retain that.
 5            So we look at our database, we
 6   pull everybody out that we think we can
 7   mark to except for those where we had a
 8   previous disposition of do not call.
 9            We send that universe of calling
10   phone numbers into PossibleNOW and ask for
11   PossibleNOW to do all the rules -- apply
12   the rules and scrubbing around state,
13   local, federal -- and we also ask
14   PossibleNOW to distinguish wireless and
15   land lines.
16            So that comes back to us based
17   on what PossibleNOW returns.  So they tell
18   us who is restricted from being called.
19   They make that clear to us.
20            We then remove those customers
21   from our lists and send the lists out to
22   the vendors.
23            We also ask for redundancy in
24   this process, to have the vendors repeat
25   everything that we did all over again, as
```

```
 1              KENNETH LINK
 2  well as that allows them to incorporate
 3  their own do-not-call list.  We do that
 4  for redundancy and also because there
 5  could be a three-week period between the
 6  initial call and when they get that, and
 7  we want to make sure there's every chance
 8  for any last-minute additions to any
 9  list -- do-not-call lists being excluded.
10  So we ask the vendors to do it again just
11  as an extra measure of security.
12              Once that is done, the vendors
13  will call and return to us again as
14  dispositions anybody who is a do-not-call
15  and the process repeats.
16              MR. NARESH:  Thank you.
17              No further questions.
18              MR. LARRY:  I have one follow-up
19      on that.
20  CONTINUED EXAMINATION
21  BY MR. LARRY:
22      Q.    That policy you just described,
23  is that written somewhere?
24      A.    Yes, it is.
25      Q.    Where is that written?
```

Page 86

1                    KENNETH LINK

2      A.    It's written in a few different

3  sources.   Primarily, it's in our master

4  services agreement and subsequent

5  statements of work with PossibleNOW.  It

6  is also documented in the master services

7  agreements and subsequent statements of

8  work for our telemarketing vendors.

9      Q.    Is there any one document that

10  captures all of it?

11          (Testimony continued on the

12  following page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 87

```
 1                    KENNETH LINK
 2      A.      Not -- there's no one document
 3   that covers multiple entities' roles.
 4   There's a document that covers each
 5   entity's role in the overall process.
 6                MR. LARRY:  Okay.  That's all
 7      I've got.
 8                THE WITNESS:  Thank you.
 9                (Time noted:  2:26 p.m.)
10
11
12
13                _____
14                      KENNETH LINK
15
16   Signed and subscribed to
17   before me this       day
18   of                , 2015.
19   _____
20   Notary Public
21
22
23
24
25
```