# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMMONS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., a Connecticut corporation,<br><br>*Defendant*. | Case No. 3:15-cv-00317-SRU |

## PLAINTIFF'S MOTION FOR
## ADMISSION *PRO HAC VICE* OF JAMIE J.R. HOLZ

Pursuant to D. Conn. L. Civ. R. 83.1(d)(1), the undersigned counsel, Jonathan M. Shapiro, a member of the Bar of this Court, respectfully moves the Court for the admission of Attorney Jamie J.R. Holz, of the law firm Edelson PC, to appear as a visiting lawyer to represent the plaintiff, Michael Simmons, in this action. In support of this motion, the undersigned states as follows:

1. Mr. Holz is an associate with the law firm Edelson PC, with an office address listed at 350 North LaSalle Street, 13th Floor, Chicago, Illinois 60654.

2. Mr. Holz is a member in good standing of the Bar of the State of Illinois. In addition, he is admitted to practice in the United States District Court for the Northern District of Illinois. He is a member in good standing in all of the above-mentioned courts.

3. Mr. Holz has never been denied admission or disciplined by this Court or any other Court.

4. Mr. Holz has fully reviewed, and is familiar with, the Local Rules of the United States District Court for the District of Connecticut.

5. The undersigned, Jonathan M. Shapiro, is a member of the Shapiro Law Offices, LLC, a member in good standing of the Bar of the State of Connecticut, and a member in good standing of the Bar of this Court. Shapiro Law Offices, LLC, has been retained to represent Plaintiff Simmons in the above-captioned matter. Attorney Shapiro hereby consents to his designation as local counsel in Connecticut. Attorney Shapiro agrees to be immediately and readily available to this Court and opposing counsel/parties for communications regarding the conduct of this case and for service of pleadings and papers upon them.

6. This Motion is accompanied by a declaration, duly sworn and executed by Mr. Holz, in accordance with D. Conn. Civ. R. 83.1(d)(1), and is attached hereto as Exhibit A. A Certificate of Good Standing is forthcoming.

7. Payment to the Clerk of the fee in the amount of $75 for the admission of Attorney Holz as a visiting lawyer, as required by Local Rule 83.1(d)(2), accompanies this motion.

WHEREFORE, the undersigned respectfully requests that Jamie J.R. Holz be admitted to appear as a visiting lawyer to represent Plaintiff in this action.

Respectfully submitted,

**MICHAEL SIMMONS**, individually and on behalf of all others similarly situated,

Dated: February 4, 2016

By: /s/Jonathan M. Shapiro
    One of Plaintiff's Attorneys

Jonathan M. Shapiro (ct24075)
jshapiro@shapirolawofficesct.com
SHAPIRO LAW OFFICES, LLC
104 Court Street
Middletown, Connecticut 06457
Tel: 860.347.3325
Fax: 860.347.3874

Benjamin H. Richman (phv07173)
brichman@edelson.com
J. Dominick Larry (phv07148)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jonathan M. Shapiro
Jonathan M. Shapiro