United States District Court
District of Connecticut
FILED AT BRIDGEPORT
4/1/2016 20
Roberta D. Tabora, Clerk
By [signature]
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MICHAEL SIMMONS
Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.
Defendant.

No. 3:15cv317(SRU)

# J U D G M E N T

This matter came on for consideration on Defendant's Motion for Summary Judgment before the Honorable Stefan R. Underhill, United States District Judge.

After reviewing all the papers filed in conjunction with the motion a ruling entered on March 30, 2016 granting the motion (doc. 39) ruling in favor of the defendant.

It is therefore ORDERED and ADJUDGED and DECREED that judgment is entered for defendant Charter Communications, Inc., and the case is closed.

Dated at Bridgeport, Connecticut, this 1st day of April, 2016.

ROBIN D. TABORA, Clerk

By /s/ Rochelle Jaiman
Deputy Clerk

Entered on Docket 4/5/2016