UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | No. 3:15-cv-317 (SRU) |

### NOTICE OF APPEAL

Notice is hereby given that Michael Simmons, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the order granting summary judgment to the defendant (Doc. 63) and the final judgment entered by the District Court in this action on the 1st day of April, 2016 (Doc. 64).

Respectfully submitted,

**MICHAEL SIMMONS**, individually and on behalf of all others similarly situated,

Date: April 29, 2016

By: s/ J. Dominick Larry
     One of Plaintiff's Attorneys

Jonathan M. Shapiro (ct24075)
jshapiro@shapirolawofficesct.com
SHAPIRO LAW OFFICES, LLC
104 Court Street
Middletown, CT 06457
Tel: 860.347.3325
Fax: 860.347.3874

Benjamin H. Richman (phv07173)
brichman@edelson.com
J. Dominick Larry (phv07148)
nlarry@edelson.com
EDELSON PC
350 N. LaSalle St., 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.637

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, J. Dominick Larry, an attorney, certify that on April 29, 2016, I served the above and foregoing Notice of Appeal by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ J. Dominick Larry